## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THOMAS NESBITT, | ) | |
| | ) | |
| Petitioner, | ) | 4:18CV3057 |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT FRAKES, | ) | ORDER |
| | ) | |
| Respondent. | ) | |
| | ) | |

After careful consideration,

IT IS ORDERED that the motion for copies (filing no. 7) is denied.  Petitioner is reminded of the June 14, 2018, deadline for Petitioner to pay the $5.00 filing fee.

DATED this 24th day of May, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge