# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| THOMAS NESBITT, | ) | |
| --- | --- | --- |
| Petitioner, | ) | 4:18CV3057 |
| v. | ) | |
| SCOTT FRAKES, | ) | ORDER |
| Respondent. | ) | |

IT IS ORDERED that the Petitioner's motion (filing no. 11) is denied.

DATED this 19th day of June, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge