IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

THOMAS NESBITT,                         )
                                        )
                    Petitioner,         )               4:18CV3057
                                        )
        v.                              )
                                        )
SCOTT FRAKES,                           )               ORDER
                                        )
                    Respondent.         )
_____        )


        IT IS ORDERED that Petitioner's Motion for Reconsideration (filing no. 13) and Motion to Appoint Counsel and for Leave to Proceed In Forma Pauperis (filing no. 14) are denied.

        DATED this 29th day of June, 2018.

                                BY THE COURT:

                                s/ *Richard G. Kopf*
                                Senior United States District Judge